

FILED
DISTRICT COURT OF GUAM
OCT -5 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>LIAN SHU JIN<br>Defendant. | CRIMINAL CASE NO. 02-00035-001 |

**Re: Report and Order Terminating Term of Supervised Release**

On October 2, 2002, Lian Shu Jin was sentenced in the District Court of Guam to credit for time served (157 days) followed by 36 months supervised release for the offense, False Use of Passport, in violation of 18 U.S.C. § 1543. On that same day, Ms. Jin was released from the custody of the Federal Bureau of Prisons to the custody of the Department of Homeland Security's Bureau of Immigration and Customs Enforcement pursuant to a detainer.

On January 3, 2003, Ms. Jin was deported to China by the Bureau of Immigration and Customs Enforcement, and has remained outside the United States since. Ms. Jin's term of supervised release expired on October 1, 2005. Therefore, it is recommended that she be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this 4th day of October 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Marivic P. David, AUSA
Federal Public Defender
Guam Bureau of Immigration and Customs Enforcement
File

ORIGINAL

Report and Order Terminating Term of Supervised Release
Re: JIN, Lian Shu
USDC Cr. Cs. No. 02-00035-001
October 4, 2005
Page 2

*****************************************************************************

## ORDER OF THE COURT

IT IS SO ORDERED this day _5th_ of October 2005, that Lian Shu Jian be discharged from supervised release and that the proceeding in the case be terminated.

JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

RECEIVED
OCT - 5 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM